■ The People of the State of New York, Respondent, v Anthony Rudder, Appellant. [889 NYS2d 845]

As the People concede, defendant should have been sentenced in accordance with the statute in effect at the time of the underlying crime of criminal sale of a controlled substance in the fourth degree, which provided for an indeterminate sentence. We have considered and rejected defendant's request for a remedy other than a resentencing proceeding. Concur—Gonzalez, P.J., Mazzarelli, Nardelli, Acosta and Román, JJ.